NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF GREECE HELLENIC AIR FORCE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2174

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-01615-LAS, Senior Judge Loren A. Smith.

---

## JUDGMENT

---

THOMAS M. KOLLIN, The Kollin Firm, LLC, Beavercreek, OH, argued for plaintiff-appellant.

GALINA I. FOMENKOVA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2025
Date

Jarrett B. Perlow
Clerk of Court